UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HILTON FARLOUGH ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 17-2129** |
| **UNITED STATES OF AMERICA** | **SECTION I** |

### ORDER

Considering the ex parte motion[1] filed by The Administrators of the Tulane Educational Fund, Kristina Lafaye, M.D., Angela Traylor, M.D., Jacob Stein, M.D., Sabre Patton-Fee, M.D., Joseph Tarsia, M.D. Enrique Palacios, M.D., and Laveil Allen, M.D. ("Cross Claimants"), to voluntarily dismiss their cross claim[2] against the United States pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that the motion is **GRANTED**. The Cross Claimants' cross claim is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, June 14, 2017.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 19.
[2] R. Doc. No. 9-1.